The City of New York v. Pelham Park Railroad Company.— Motion denied, with ten dollars costs.

State Board of Pharmacy v. F. W. Woolworth & Company.— Motion denied, with ten dollars costs.

Charles E. W. Smith v. Western Pacific Railway Company.— Motion granted. Settle order on notice.

Joseph Loewi v. Adolf E. Landeker.— Motion denied, with ten dollars costs.

In the Matter of West One Hundred and Thirty-fourth Street.— Motion granted; question certified as stated in order.

The People of the State of New York v. Manuel Alvarez.— Motion denied.

The People of the State of New York ex rel. Baccio Ciarpi v. James C. Cropsey, Commissioner, etc.— Application denied. Order to be settled on notice.

Hyman Zubrinsky v. David W. Biow.— Motion granted, without costs.

In the Matter of the City of New York (Avenue A, First Avenue, Fifty-ninth and Sixtieth Streets. Bowsky Award.) — Motion denied. Settle order on notice.

In the Matter of Ritter Place (In the Matter of John Esch).— Motion to confirm report granted.

In the Matter of William Klein, an Attorney.— Application granted and respondent disbarred. Order to be settled on notice.

In the Matter of Michael O'Sullivan, an Attorney.— Application denied. Order to be settled on notice.

---

## SECOND DEPARTMENT, MAY, 1911.

Stephen J. Donlon and Others, Respondents, v. Stephen A. Donlon, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Matilda Fitzpatrick, Respondent, v. Knights of Columbus, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Seamon Frank, Respondent, v. Adolph Firestone, Appellant.— Motion to dismiss appeal denied on condition that the appellant place the case upon the next calendar, and be ready for argument when reached; otherwise motion granted, with costs. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Orlavus Juve, Respondent, v. The Pennsylvania Steel Company, Appellant.— Motion denied, without costs. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John R. Kissel, Appellant, v. Daniel McGonigle, Respondent.— Motion denied on condition that the appellant perfect his appeal, place the case on the next calendar and be ready for argument when reached; otherwise motion granted, with costs. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.